UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BEJAMIN STRANGE

　　　　　　　Plaintiff,　　　　　　　　**JURY TRIAL**

V.
　　　　　　　　　　　　　　　　　　CIVIL ACTION NO

U.S. EQUITIES CORP.

LINDA STRUMPF, ESQ.

Defendant.　　　　　　　　　　　　DECEMBER 9, 2010

**COMPLAINT**

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; and regulations issued thereunder; and the Connecticut Unfair Trade Practices ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court's jurisdiction is conferred by 15 U.S.C.1692k and 28 U.S.C. 1331 and 1367.

3. Plaintiff is a natural person who resides in New Haven, CT.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant U.S. Equities Corp. is a debt collector within the FDCPA and has a principal place of business located at 955 S. Springfield Ave., Suite 2407, Springfield, NJ 07081.

6. Defendant Linda Strumpf, Esq. is a debt collector within the FDCPA and the Act defines the "debt collector[s]" to whom it applies as including those who "regularly collect or attempt to collect, directly or indirectly, [consumer] debts owed or due or

asserted to be owed or due another." §1692a(6).  Defendant Linda Strumpf, Esq.,

regularly collects debt for U.S. Equities Corp and has a place of business located at 244

Colonial Road, New Canaan, CT 06840.  *Heintz v. Jenkins* 514 U.S. 291 (1995).

   7.  Defendant U.S. Equities Corp. purchased or was assigned the alleged debt from

Turtle Creek Assets Ltd, after "Chase Bank" charged off the account.

   8.  The Defendant U.S. Equities Corp purchased this account after default for pennies on

the dollar and because they purchased this defaulted debt and instituted collection action

in the State of Connecticut Superior Court for the full balance, they are subject to the

Fair Debt Collection Practices Act (FDCPA).

   7.  Defendant Linda Strumpf, Esq. initially communicated with Plaintiff via letter dated

August 3, 2010 (Exhibit "1") in connection with collection efforts with regard to

plaintiff's disputed personal debt.

   8. In the collection efforts, the Defendant Linda Strumpf, Esq. stated in her collection

letter that "If you do not make payment as set forth above in 35 days, interest may accrue

on the debt, and the amount due on the day you pay may be greater.  Hence if you pay the

total amount shown above after 35 days, an adjustment may be necessary after we receive

your check, in which event we will inform you before depositing the check for

collection." This statement violated the FDCPA by overshadowing the validation of debts

clause, which provides the Plaintiff with 30 days to dispute the debt, thereby confusing

the "least sophisticated consumer." ( Whether collection activities or communications

within the validation period overshadow or are inconsistent with a validation notice is

determined under the "least sophisticated consumer") standard. *Greco v. Trauner, Cohen

& Thomas, L.L.P,* 412 F.3d 360, 363 (2d Cir.2005).    While debt collectors are largely

free to continue collection activities during the validation period, this Court has long held

that validation period collection activities and communications must not "overshadow" or

"contradict" the validation notice. ." _Jacobson,_ 516 F.3d at 89;_McStay v. I.C. Sys., Inc.,_

308 F.3d 188, 190 (2d Cir.2002); _Clomon v. Jackson,_ 988 F.2d 1314, 1319 (2d Cir.1993).


9.   The Defendant Linda Strumpf, Esq., filled out a State of Connecticut civil

summons and complaint and dated and signed each on September 28, 2010.

(Exhibit "2")

10.  The Defendant entered the address of the Court as 235 Church Street, New Haven,

CT 06510.

11.  The Defendant filed this action in New London, Connecticut with a docket

number associated to the file KNL-CV10-6006858-S. (Exhibit "3")

12.  The Defendant violated §1692i (a) (2) (b) when she filed an action outside the

jurisdiction of the consumer debtors residence at the time of suit.  .

**Second Count.**

13.  The allegations of the First Count are repeated and realleged as if fully set forth

herein.

14.  Defendant has committed unfair or deceptive acts or practices within the

meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. 42-110a et seq., including

but not limited to filing a collection action outside the jurisdiction of the consumer

debtors residence.   15 U.S.C. §1692i Legal actions by debt collectors (a) Any debt

collector who brings any legal action on a debt against any consumer **shall** (2) bring such

action only in the judicial district or similar legal entity (B) in which such consumer

resides at the commencement of the action.


WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law including $1,000 statutory

damages against each defendant;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law may

provide.


THE PLAINTIFF

BY _B. T. Kennedy_

Bernard T. Kennedy, Esquire
The Kennedy Law Firm
157 Pine Orchard Road
Branford, CT 06405
(443) 607- 8901
(443) 607-8903 Fax
Fed. Bar # ct00680
bernardtkennedy@yahoo.com

## LINDA STRUMPF
ATTORNEY AT LAW

NEW YORK OFFICE
2 WEST ROAD
SOUTH SALEM, NY 10590
TEL: (212) 566-6800
FAX: (212) 566-6808

NEW JERSEY OFFICE
2404 PARK PLACE
SPRINGFIELD, NJ 7081
TEL: (973) 624-2121
FAX: (973) 624-7550

CONNECTICUT OFFICE
244 COLONIAL ROAD
NEW CANAAN, CT 06840
TEL: (203) 966-8555
FAX: (203) 966-8886

Admitted to practice:
New York
New Jersey
Connecticut

August 03 2010

Benjamin Strange
100 Howe St.
Apt. 509
New Haven, CT 06511



PLAINTIFF'S
EXHIBIT

Dear Sir/Madame:

Please be advised that this law firm represents U.S. Equities Corp., who is the successor in interest to Chase, who informs us that you presently owe them $1784.14 plus interest of $751.98 making a total of $2536.12 which is the amount of the debt now due. If you wish to make a payment plan, please contact our office.

If you do not make payment as set forth above in 35 days, interest may accrue on the debt, and the amount due on the day you pay may be greater. Hence if you pay the total amount shown above after 35 days, an adjustment may be necessary after we receive your check, in which event we will inform you before depositing the check for collection. For further information, you may contact me by mail or telephone. However, if you fail to contact this office, our client may consider additional remedies to recover the balance due.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt or any portion of it, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

Very truly yours,

LINDA STRUMPF
ATTORNEY-AT-LAW

By:_____
     Ron West
     Office Manager

Our File No. 73902

73902

PLAINTIFF'S
EXHIBIT
2

## SUMMONS - CIVIL

JD-CV-1  Rev. 10-09
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. Secs. 3-1 through 3-21, 8-1

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

See page 2 for instructions

☒ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.

☐ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.

☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350)
235 Church St., New Haven, CT 06510

Telephone number of clerk (with area code)
( 203 ) 503-6800

Return Date (Must be a Tuesday)
11 Month    30 Day    2010 Year

☒ Judicial District   ☐ G.A.
☐ Housing Session   Number:

At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349)
235 Church St., New Haven, CT 06510

Case type code (See list on page 2)
Major: **C**    Minor: **40**

**For the Plaintiff(s) please enter the appearance of:**

Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code)
Linda Strumpf Attorney At Law, 244 Colonial Road, New Canaan CT 06840

Juris number (to be entered by attorney only)
402192

Telephone number (with area code)
( 203 ) 966-8555

Signature of Plaintiff (If self-represented)

Number of Plaintiffs:  1    Number of Defendants:  1    ☐ Form JD-CV-2 attached for additional parties

| Parties | | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|---|
| First Plaintiff | Name:<br>Address: | U.S. Equities Corp.<br>P.O. Box 712 (P66)  South Salem, NY 10590 | P-01 |
| Additional Plaintiff | Name:<br>Address: | | P-02 |
| First Defendant | Name:<br>Address: | Benjamin P. Strange<br>100 Howe St. Apt. 509 New Haven, CT 06511 | D-50 |
| Additional Defendant | Name:<br>Address: | | D-51 |
| Additional Defendant | Name:<br>Address: | | D-52 |
| Additional Defendant | Name:<br>Address: | | D-53 |

ATTEST:  A TRUE COPY
SUSAN L. VOIGT
STATE MARSHAL
NEW HAVEN COUNTY

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court<br>☐ Assistant Clerk | Name of Person Signing at Left<br>Attorney Linda Strumpf | Date signed<br>09/28/2010 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

I certify I have read and understand the above:
Signed (Self-Represented Plaintiff)
Date 09/28/2010

Name and address of person recognized to prosecute in the amount of $250
Jordan Moss 244 Colonial Road, New Canaan, CT 06840

Signed (Official taking recognizance; "X" proper box)
☒ Commissioner of the Superior Court
☐ Assistant Clerk
Date 09/28/2010

Docket Number

(Page 1 of 2)

DN:

## STATE OF CONNECTICUT

U.S. Equities Corp.

: SUPERIOR COURT

Plaintiff

v.

:   J.D. of New Haven

:   at  New Haven

Benjamin P. Strange

Defendant(s)        :    September 28 2010

## COMPLAINT

In accordance with the Connecticut Rules of Court §10-21 the Plaintiff in the above-entitled matter as and for his complaint against the defendant(s), alleges as follows:

1. The defendant(s) is an individual residing in New Haven, Connecticut.

## FIRST CAUSE OF ACTION

2. The defendant(s) had an agreement with **Chase** wherein the defendant(s) agreed to pay, or guarantee payment to,**Chase** for any and all indebtedness incurred by advancing money upon written order or request of defendant(s) and/or through the use of charge and/or credit card(s) issued to defendant(s), or as a result of moneys loaned pursuant to a loan note at special instance and request of defendant(s)   in the agreed sum and reasonable value of $1784.14 plus 24.00% interest from 10/31/2008.

3. The defendant(s) has not paid **Chase** the sum of $1784.14 plus 24.00% interest from 10/31/2008  on the above-mentioned account, although duly demanded.

4. The plaintiff was assigned all right, title and interest of **Chase** to the account of defendant(s), in the normal course of business. . The plaintiff was assigned all rights to the account of defendant(s) in the normal course of business from Turtle Creek Assets Ltd (by and through its general partner, Forward Properties International, Inc.) on or about 6/15/2010, who was assigned all rights to the account in the normal course of business from Chase, the original creditor. Plaintiff's predecessor in interest sold and assigned the defendant's charged off account (together with a block of other accounts within the same portfolio) to plaintiff. As a result of the foregoing sale and assignment, Plaintiff succeeded to all right, title, and interest in the defendant's defaulted Chase account, and now owns the account.

5. The plaintiff has made demand but the defendant(s) refused to pay and continues to refuse to pay.

6. By reason of the foregoing, the defendant(s) is indebted to the plaintiff in the sum of $1784.14 plus 24.00% interest from 10/31/2008.

7. Plaintiff respectfully requests statutory post-judgment interest of 10% per annum

73902

## SECOND CAUSE OF ACTION

8. The plaintiff repeats the allegations herein 1 through 7 as though fully set forth herein.

9. That heretofore the plaintiff has rendered an account stated to the defendant(s) who has not objected thereto.

10. By reason of the foregoing the defendant(s) is indebted to the plaintiff in the sum of $1784.14 plus 24.00% interest from 10/31/2008.

11. Plaintiff respectfully requests statutory post-judgment interest of 10% per annum

## THIRD CAUSE OF ACTION

12. The plaintiff repeats the allegations herein 1 through 11 as though fully set forth herein.

13. The defendant(s) agreed, pursuant to the terms of the contract entered into between defendant(s) and **Chase,** that in the event of default, the defendant(s) would be liable for and pay an additional 15% of the amount due and owing, as and for attorney's fees.

14. The plaintiff was assigned all rights to the attorney's fees in the normal course of business.

15. The plaintiff demands attorney's fees pursuant to the contract in the sum of $267.62.

WHEREFORE, THE PLAINTIFF CLAIMS:

1. Monetary Damages of $1784.14 plus interest from 10/31/2008.

2. Monetary Damages (15% attorney's fees) of $ 267.62.

3. Costs of suit

4. Statutory post-judgment interest of 10% per annum

5. Such other relief as may be appropriate.

THE PLAINTIFF

By:

Linda Strumpf, Esq.
244 Colonial Road
New Canaan, Ct. 06840
203-966-8555
Juris #402192

2

STATE OF CONNECTICUT

DN:

| | |
|---|---|
| U.S. Equities Corp. | : SUPERIOR COURT |
| Plaintiff | |
| v. | : J.D. OF New Haven |
| Benjamin P. Strange | : at   New Haven |
| Defendant(s) | : September 28 2010 |

## STATEMENT OF AMOUNT IN DEMAND

The amount, legal interest or property in demand is less than $2,500.00 exclusive of all interest, costs, attorney's fees and statutory post-judgment interest of 10% per annum. The remedy sought is based upon an express or implied promise to pay a definite sum.

THE PLAINTIFF

By:

Linda Strumpf, Esq.
244 Colonial Road
New Canaan, Ct. 06840
203-966-8555
Juris #402192
Our File # 73902

This is an attempt to collect the debt and any information obtained will be used for that purpose.

3

 

# Judicial Branch

<u>Civil Inquiry Home</u>   <u>Prev Page</u>   <u>Site Help</u>   <u>Comments</u>   <u>Calendar Notices</u>            Case Look-up

✍ **KNL-CV10-6006858-S**   **U.S. EQUITIES CORP. v. STRANGE, BENJAMIN**

**Prefix/Suffix:** [none]     **Case Type:** C40       **File Date:** 11/23/2010       **Return Date:** 11/30/2010

**Case Detail**   Notices   History   Scheduled Court Dates   E-Services Login   Screen Section Help ▶

Data Updated as of: 12/09/2010

| Case Information |
|---|
| **Case Type:** C40 - CONTRACTS - COLLECTIONS |
| **Court Location:** NEW LONDON |
| **List Type:** |
| **Trial List Claim:** |
| **Last Action Date:** 11/23/2010 (Last Action Date is a data entry date, not actual date) |



| Disposition Information |
|---|
| **Disposition Date:** |
| **Disposition:** |
| **Judge or Magistrate:** |

| Parties & Appearances | | |
|---|---|---|
| **Party Number** | **Plaintiff/ Defendant** | **No Fee Party** |
| 01 | P | **U.S. EQUITIES CORP.**<br>Attorney:  LINDA STRUMPF(402192)<br>244 COLONIAL RD<br>NEW CANAAN , CT 06840     Appear Date:<br>11/23/2010 |
| 50 | D | **BENJAMIN P STRANGE**<br>Non-Appearing |

| Motions / Pleadings / Documents / Case Status | | | | |
|---|---|---|---|---|
| **Entry No** | **File Date** | **Filed By** | **Description** | **Arguable** |
|  | 11/23/2010 | P | SUMMONS | |
|  | 11/23/2010 | P | COMPLAINT | |
|  | 11/23/2010 | P | RETURN OF SERVICE | |

| Individually Scheduled Court Dates as of 12/09/2010 | | | | |
|---|---|---|---|---|
| KNL-CV10-6006858-S - U.S. EQUITIES CORP. v. STRANGE, BENJAMIN | | | | |
| **#** | **Date** | **Time** | **Event Description** | **Status** |
| | | | No Events Scheduled | |

Note: Other court activity may be separately scheduled on <u>short calendars</u>.

Periodic changes to terminology may be made which do not affect the status of the case.

**Disclaimer:** For civil and family cases statewide, case information is displayed and is available for inquiry on this website for a period of time, one year to a maximum period of ten years, after the disposition date. To the extent that Connecticut Practice Book Sections 7-10 and 7-11 provide for a shorter period of time, this information will be displayed for the shorter period. In accordance with the Federal Violence Against Women Act of 2005, cases for relief from physical abuse, foreign protective orders, and motions that would be likely to publicly reveal the identity or location of a protected party may not be displayed and may be available only at the courts.

...ct.gov/CaseDetail/PublicCaseDetail.as...